GREER–WEST LIFE & ANNUITY INSURANCE COMPANY, Appellant

v.

TEXAS ATTORNEY GENERAL CHILD SUPPORT DIVISION, Appellee.

No. 03–10–00225–CV.

Court of Appeals of Texas, Austin.

May 14, 2010.

Jeffrey S. Boyd, for Great–West Life & Annuity Insurance Company.

Barry J. Brooks, Rande K. Herrell, John B. Worley, Michael D. Becker, Deterrean Gamble, for Texas Attorney General Child Support Division.

Before Chief Justice JONES, Justices PEMBERTON and WALDROP.

on standard of care[ ] is the type of defect for which a trial court may grant a discretionary section 74.351(c) extension.").

## ORDER

PER CURIAM.

The emergency stay motion of appellant, Great–West Life & Annuity Insurance Company, is granted. Enforcement of the district court's judgment is suspended pending further order of this Court. *See* Tex.R.App. P. 24.2(a)(5).

It is further ordered that the record shall be filed in this Court not later than thirty days after the date of this order, Great–West shall file its brief not later than twenty days after the record is filed, and the Division shall file its brief not later than twenty days after Great–West's brief is filed.

It is so ORDERED.